ALEX REISMAN (CSB# 45813)
Attorney At Law
214 Duboce Avenue
San Francisco, California 94103
Telephone: 415 508-0804
Facsimile: 415-467-5067

Attorney for Defendant
TAHERA AMERKHAIL
a/k/a TARA ALOCOZY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TAHERA AMERKHAIL, aka TARA ALOCOZY,<br><br>Defendant. | No. CR 4 05 70077 MEJ (CR 05-0488 WHA)<br><br>[PROPOSED] **ORDER TO EXONERATE PROPERTY BOND** |

GOOD CAUSE APPEARING WHEREFOR, IT IS HEREBY ORDERED that the property bond posted by Malahat M. Amin and Abdul Alocozy with respect to the property located at 7707 Hillview Court, Tracy, California 95304, as security for bail in the above-entitled matter is hereby exonerated. The Clerk shall execute a Deed of Reconveyance for this property forthwith.

IT IS SO ORDERED.

Dated: __February 6,_____, 2006            _____
                                             HON. MARIA ELENA JAMES
                                             Judge of the United State District Court

*USA vs Amerkhail,* CR 4 05 70077 MEJ
Order Exonerating Property Bond